No. 77–138. WEINBERGER *v.* DEPARTMENT OF COMMERCE OF FLORIDA; WEINBERGER *v.* TROMBETTA ET AL.; and WEINBERGER *v.* UNITED STATES, *ante,* p. 891;

No. 77–212. ROGERS *v.* CHILIVIS, COMMISSIONER OF REVENUE OF GEORGIA, *ante,* p. 891;

No. 77–221. PHILLIPS PETROLEUM CO. *v.* ASHLAND OIL, INC., ET AL., *ante,* p. 921;

No. 77–5021. COLLINS *v.* ARKANSAS, *ante,* p. 878;

No. 77–5058. GREENE *v.* UNITED STATES, *ante,* p. 864;

No. 77–5066. MORGAN *v.* TENNESSEE, *ante,* p. 905;

No. 77–5083. ADAMS *v.* FLORIDA, *ante,* p. 878;

No. 77–5145. ROYAL *v.* BERGLAND, SECRETARY OF AGRICULTURE, ET AL., *ante,* p. 883;

No. 77–5170. NASIM *v.* MARYLAND, *ante,* p. 868;

No. 77–5192. BENNETT *v.* DIRECTOR OF INTERNAL REVENUE FOR NORTH CAROLINA ET AL., *ante,* p. 893;

No. 77–5213. FAHRIG *v.* JENEFSKY, *ante,* p. 870;

No. 77–5227. HENDERSON *v.* METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY, *ante,* p. 870;

No. 77–5253. WALLACE *v.* PAN AMERICAN AIRWAYS, *ante,* p. 871;

No. 77–5298. SEVERA *v.* UNEMPLOYMENT COMPENSATION BOARD OF REVIEW OF PENNSYLVANIA, *ante,* p. 894; and

No. 77–5457. WISE *v.* UNITED STATES, *ante,* p. 929. Petitions for rehearing denied.

No. 77–118. PACIFIC ENGINEERING & PRODUCTION COMPANY OF NEVADA *v.* KERR-MCGEE CORP. ET AL., *ante,* p. 879. Petition for rehearing denied. MR. JUSTICE STEWART took no part in the consideration or decision of this petition.* .

No. 77–5246. WATSON *v.* UNITED STATES, *ante,* p. 927. Motion to reject respondent's lodging and petition for rehearing denied.

---

*See also note, *supra,* p. 961.